Opinion issued April 4, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-01240-CV

____________


METRO NETWORKS COMMUNICATIONS, LIMITED PARTNERSHIP, 
Appellant


V.


ILLINOIS VEHICLE INSURANCE AGENCY, INC., INDIVIDUALLY AND
D/B/A A-FORDABLE INSURANCE, Appellee






On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2001-05007






O P I N I O N

 Appellant has filed a motion to dismiss its appeal. Accordingly, the motion is
granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Mirabal, Hedges, and Jennings.

Do not publish. Tex. R. App. P. 47.